No. 16,039.

HARMON v. LEONARD.
(193 P. [2d] 716)

Decided May 10, 1948.

PER CURIAM.

Judgment affirmed en banc without written opinion.

Mr. CHARLES OSCAR ERBAUGH, Mr. JOHN R. WOLFF, for plaintiff in error.

Mr. GEORGE J. ROBINSON, Mr. GEORGE O. PRIEST, for defendant in error.